IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3123 |
| vs. | |
| Obiomachuckuka Njokanma | MEMORANDUM AND ORDER |
| Defendant. | |

The court ordered probation to investigate whether Defendant was amenable to public placement at this time. Upon review, Defendant's supervising officer notes two problems with that suggestion: 1) there are no beds available at Dismas, and 2) a mental health evaluation is needed before deciding whether any such placement is appropriate.

Accordingly,

IT IS ORDERED that Defendant's counsel shall promptly obtain a mental health evaluation of Defendant, and provided disclosure is consistent with representing the client's interests, provide a copy of that evaluation to the supervising officer and the court for further consideration of Defendant's potential release pending her revocation hearing and any sentencing, should the Court decide that the charges in the Petition are true.

Dated this 1st day of August, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge