IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3123 |
| vs. | |
| OBIOMACHUCKUKA NJOKANMA, | ORDER |
| Defendant. | |

Defendant has moved for release from custody, to be placed back on the terms of her supervised release, and for assignment of a new probation officer. (Filing No. 40). Motions for review of prior detention orders must specify the factual basis for the motion; specifically, that Defendant is asking the court to consider facts: 1) supporting a finding that release on conditions will not pose a risk of nonappearance or safety to the community, and 2) such facts were not known or available when the prior detention order was entered. While Defendant's motion includes new and additional facts, those facts support continued detention, not release.

Accordingly,

IT IS ORDERED that Defendant's motion to review detention, (Filing No. 40), is denied.

September 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge